|     |     |
| --- | --- |
| 1   | United States Magistrate Judge J. Richard Creatura |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHY M. RHOADES, ) | |
| ) | CIVIL NO. C10-5184RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE PLAINTIFF'S |
| ) | OPENING BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before July 28, 2010, Defendant's Answering Brief shall be filed on or before August 25, 2010, and Plaintiff's Reply Brief shall be filed on or before September 8, 2010. Oral argument, if desired, shall be requested by September 15, 2010.

DATED this 23rd day of June, 2010.

_____

J. Richard Creatura
United States Magistrate Judge