United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHY M. RHOADES, ) | |
| ) | CIVIL NO. C10-5184RJB-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before September 29, 2010. Oral argument, if desired, shall be requested by October 6, 2010.

DATED this 13th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE REPLY BRIEF – [C10-5184 RJB-JRC] - 1